IN THE **UNITED STATES DISTRICT COURT**
**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **United States of America,** | ) CASE: CR 11-00649-1 RS |
| Plaintiff, | ) PROPOSED ORDER CONTINUING |
| | ) SENTENCING |
| vs. | ) |
| **VICTOR BUMANGLAG** | ) |
| Defendant. | ) |

Based upon the above stipulation of the parties, and for good cause shown, THE COURT ORDERS THAT the sentencing hearing in the above-referenced matter shall be continued to April 17, 2012, at 2:30 p.m.

**Dated:** 1/23/12      _____
**THE HONORABLE RICHARD SEEBORG**
**UNITED STATES DISTRICT COURT JUDGE**

3