1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  W. DOUGLAS SPRAGUE (CABN 202121)
   STEPHANIE M. HINDS (CABN 154284)
5  Assistant United States Attorneys

6     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7200
      Fax: (415) 436-7234
8     E-Mail: doug.sprague@usdoj.gov
             stephanie.hinds@usdoj.gov
9

10 Attorneys for Plaintiff

11             UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,          )  No. CR 11-0649 RS
                                       )
15                    Plaintiff,       )  STIPULATION RE: ORDER OF
                                       )  FORFEITURE AND ENTRY OF
16           v.                        )  FORFEITURE JUDGMENT; ORDER
                                       )
17 VICTOR B. BUMANGLAG,                )
                                       )
18                    Defendant.       )
                                       )
19 ──────────────────────────────────  )

20      The United States of America, by and through Assistant United States Attorneys W.

21 Douglas Sprague and Stephanie M. Hinds, and defendant Victor B. Bumanglag, by and through

22 his counsel Seth Chazin, hereby stipulate and agree to the following:

23      1. On September 9, 2011, the United States filed an information charging defendant

24 Victor B. Bumanglag (hereinafter "defendant") with violation of Title 18, United States Code,

25 Section 1349 – Conspiracy to Commit Mail Fraud.  The information also sought criminal

26 forfeiture of any property constituting fraud proceeds or traceable to said proceeds, pursuant to

27 Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

28 2461(c).

1    2.   On September 20, 2011, defendant pled guilty to the single count of the information

2    charging him with Conspiracy to Commit Mail Fraud, in violation of Title 18, United States

3    Code, Section 1349.

4    3.   As set forth in Paragraph 11 of the plea agreement, defendant agreed to forfeit to the

5    United States, $31,736, the amount of illegally derived proceeds defendant earned from

6    Conspiracy to Commit Mail Fraud, in violation of Title 18, United States Code, Section 1349

7    4.   Accordingly, as a result of the conviction of the offense set forth above, and pursuant

8    to Rule 32.2(b) of the Federal Rule of Criminal Procedures; Title 18, United States Code, Section

9    981(a)(1)(C); and Title 28, United States Code, Section 2461(c), the parties stipulate that the

10   Court should enter a money judgment against defendant in the amount of $31,736, which

11   represents the amount of money he earned from Conspiracy to Commit Mail Fraud.  The parties

12   stipulate that defendant will satisfy the money judgment by paying the United States $31,736 no

13   later than December 31, 2013.  In the event defendant fails to comply with any of the terms of

14   this payment schedule, the United States reserves the right to forfeit defendant's interest in any

15   asset(s) he has and to sell those assets in order to satisfy the entire money judgment.

16   5.  Defendant agrees that the terms of this stipulation and order shall be part of his

17   conditions of probation.

18   6.  All payments made in satisfaction of this money judgment shall be made payable to

19   the United States Marshal Service and delivered to the attention of Stephanie M. Hinds, Assistant

20   United States Attorney, United States Attorneys Office, 450 Golden Gate Avenue, Box 36055,

21   San Francisco, California 94102, in accordance with the schedule set forth in paragraph 4.

22   7.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary

23   pursuant to Federal Rules of Criminal Procedure, Section 32.2(e).

24

25   Dated:  7/10/12

26                                        W. DOUGLAS SPRAGUE
                                          STEPHANIE M. HINDS
27                                        Assistant United States Attorneys

28   Dated:  7/17/12

                                          SETH P. CHAZIN, ESQ.
                                          Attorney for Defendant

1       I confirm that I read this entire stipulation and order and in the presence of my attorney.

2

3   Dated: __07/22/2012__                                                 

4                                            VICTOR B. BUMANGLAG
                                         Defendant

5

6                                   ORDER

7       Based on the above stipulation and good cause appearing therefore, IT IS HEREBY

8   ORDERED THAT:

9       1.  Pursuant to Federal Rule of Criminal Procedure 32.2(b), Title 18, United States Code,

10  Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), defendant is hereby

11  ordered to pay a forfeiture money judgment in the amount of $31,736.

12      2.  Defendant shall satisfy the money judgment by paying the United States $31,736 no

13  later than December 13, 2013.  In the event defendant fails to comply with any of the terms of

14  this payment schedule, the United States reserves the right to forfeit defendant's interest in any

15  asset(s) he has and to sell those assets in order to satisfy the entire money judgment.

16      3.  All payments made in satisfaction of this money judgment shall be made payable to

17  the United States Marshal Service and delivered to the attention of Stephanie M. Hinds, Assistant

18  United States Attorney, United States Attorneys Office, 450 Golden Gate Avenue, Box 36055,

19  San Francisco, California 94102, in accordance with the schedule set forth in paragraph 4 of this

20  Order.

21      4.  The terms of this stipulation and order shall be imposed as part of defendant's

22  conditions of probation.

23      5.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary

24  pursuant to Federal Rules of Criminal Procedure, Section 32.2(e).

25      IT IS SO ORDERED.

26

27  Dated: __7/26/12__                                              
                                 RICHARD SEEBORG
                                 United States District Judge

28